DocuSign Envelope ID: 28B4B722-C598-4F28-A200-7CBC08C60931

## NOTICE OF CONSENT

      I hereby consent to become a party plaintiff in the overtime lawsuit in which this consent is filed.

*DocuSigned by:*
*Raymond Alli*
7C3FD6E01108499...

Signature

9/25/2016

Date

Raymond Alli

Printed Name

Exhibit A